Truman D. Barnett, Respondent, v. Otto Huber Brewery, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Brooklyn Majestic Theatre Company, Appellant, v. Hyde & Behman Amusement Company, Respondent.— Judgment affirmed, with costs. No opinion.   Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Alexander S. Burns, Appellant, v. Anna A. Russell, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Ashley T. Cole, Respondent, v. William M. Harris, Appellant.— Order granting new trial unanimously affirmed, with costs. (See *Azzara* v. *Nassau Electric R. R. Co.*, 134 App. Div. 167.)   Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

John T. Comer, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Order affirmed, costs to abide the event. No opinion.   Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

David P. Leahy Realty Company, Appellant, v. Augustus A. West and Cora M. West, Defendants.   Arthur Phelps Marr, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The First National Bank of Yonkers, N. Y., Respondent, v. Anthony Fisher, Defendant, and Gaetono Chiangone, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Anna Hogan, as Administratrix, etc., Plaintiff, v. Red Hook Light and Power Company, Defendant, Impleaded with Frederick H. Schomburg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Margaret Huggins, as Administratrix, etc., of Thomas Huggins, Deceased, Respondent, v. New York and Stamford Railway Company, Appellant. — Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Starr Street, etc.   Anna Schleider, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

In the Matter of the Petition of Adaline M. Sherrill, Respondent, for a Revocation of the Certificate Granted to John H. Collins, Appellant, etc. William W. Farley, as State Commissioner of Excise, Respondent.— Order of the County Court of Suffolk county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.